**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-04124

SADIE ROHDY

Plaintiff,

v.

INNERBALANCE HEALTH CENTER, LLC

and,

JOSEPH EISELE,

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBITS**

---

Plaintiff, by and through undersigned counsel, respectfully moves this Court pursuant to D.C.COLO.LCivR. 7.2 to restrict public access, at Level 1, to certain exhibits that have been designated "Confidential" by Defendants, and to file redacted versions of those exhibits as public. In accordance with this Court's Civ. R. 7.1(b)(1)(A), counsel for Plaintiff have conferred with counsel for Defendants. Defendants do not oppose Plaintiffs' requests.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff intends to file a motion seeking leave to file a third amended complaint, supported by a declaration and exhibits. Several of the exhibits, which were produced with redactions, have been designated "Confidential" by Defendants pursuant to the parties' Stipulated Protective Order (*see* ECF No. 26.)

2. The Stipulated Protective Order provides:

> As with all Court filings, the Parties shall comply with D.C.COLO.LCivR 7.2 as to any request to restrict access based on this Protective Order. . . . The parties further agree that, where documents containing Confidential Information must be filed, they will, to the extent practicable, file redacted versions rather than restricted filings when redaction is sufficient to protect the Confidential Information.

(*See* ECF No. 26 at ¶ 12.)

3. Therefore, to comply with the Stipulated Protective Order, Plaintiffs move for leave to restrict public access, at Level 1, the exhibits Defendants have designated "Confidential" and to file public versions of those exhibits with additional redactions, beyond those made by Defendants, to protect confidential information.

WHEREFORE, Plaintiff respectfully requests that the Court restrict public access, at Level 1, to exhibits designated as "Confidential" and permit Plaintiff to file further redacted versions of those exhibits publicly, as necessary to protect confidential information. A proposed order granting this relief is provided herewith.

DATED this 5th day of October, 2026.

**ALM Law, LLC**

*s/ Allison Mahoney*
***Allison Mahoney (CO Bar No. 57677)***
411 East Main Street, Suite 205
Aspen, CO 81611
Telephone: (970) 315-5152
E-mail: allison@almlawllc.com

**Kalamaya | Goscha**

*s/ Georgina Melbye*
***Georgina Melbye (CO Bar No. 47847)***
133 Prospector Rd #4102x
Aspen, CO 81611
Telephone: (970) 300-9215

Email: georgina@kalamaya.law

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Casey Kasher, do hereby certify that I have caused a true and correct copy of the foregoing to be served upon the following counsel of record, via the Court's ECF system, on October 5, 2026.

/s/ Casey Kasher
Casey Kasher