**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-04124

SADIE ROHDY

Plaintiff,

v.

INNERBALANCE HEALTH CENTER, LLC,
INNERBALANCE PROPERTY MANAGEMENT LLC,
INNERBALANCE REAL ESTATE LLC, and,
JOSEPH EISELE,

Defendants.

---

DECLARATION OF ALLISON MAHONEY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

---

I, Allison Mahoney, declare:

1. I am counsel for the Plaintiff in the above-captioned action and submit this Declaration in support of Plaintiff's Motion for Leave to File a Third Amended Complaint.
2. On September 11, 2026, after learning that InnerBalance Health Center, LLC ("IBHC") changed its position and was now denying that it employed Demetrius Graves, I sent an amended proposed scheduling order to counsel for Defendants. The order stated that Plaintiff would likely need to amend her Second Amended Complaint if Demetrius Graves was employed by InnerBalance Property Management, LLC ("IBPM") or InnerBalance Real Estate, LLC ("IBRE").
3. Counsel for Plaintiff and Defendants IBHC, IBPM, and IBRE conferred on September 16, 2026, and during that conferral, counsel for the IBHC, IBPM, and IBRE refused to admit

that Demetrius Graves was employed by any of their clients. Therefore, I advised counsel for the Defendants that Plaintiff would need to file a motion seeking leave to amend her Second Amended Complaint.

4. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence among counsel, dated August 24, 2026 through September 4, 2026.
5. Attached hereto as Exhibit 2 is a true and correct copy of the Commerical Lease Agreement between InnerBalance Property Management, LLC and InnerBalance Health Center, LLC, produced by Defendant InnerBalance Propetrty Management LLC with no Bates Numbers.
6. Attached hereto as Exhibit 3 is a true and correct copy of an offer of employment from InnerBalance Property Management to Demtrius Graves, bearing Bates Number JE 000133.
7. Attached hereto as Exhibit 4 is a true and correct copy of Demetrius Graves drug testing result performed on behalf of InnerBalance Health Center, bearing the Bates Numbers JE 000107-110.
8. Attached hereto as Exhibit 5 is a true and correct copy of an InnerBalance Health Center employee new hire checklist as to Demetrius Graves, bearing the Bates Numbers JE 000117-118.
9. Attached hereto as Exhibit 6 is a true and correct copy of termination of employment letter from InnerBalance Property Management to Demetrius Graves, bearing the Bates Numbers JE 000115-116.
10. Attached hereto as Exhibit 7 is a true and correct copy of InnerBalance Health Center timesheets entered by Demetrius Graves, bearing the Bates Numbers JE 000169-172.

11. Attached hereto as Exhibit 8 is a true and correct copy of garnishment checks sent by InnerBalance Health Center and InnerBalance Property Management as to Demetrius Graves, bearing the Bates Numbers JE 0001[1] and JE 000166.
12. Attached hereto as Exhibit 9 is a true and correct copy of a Form W-4 for Demetrius Graves, bearing the Bates Numbers JE 000129 and 100130.
13. Defendant IBHC previously produced email correspondence between Olivia Zurn, Safety Net Licensing Manager at the Behavioral Health Administration and Dianne Novey at Cattail Creek Inn, dated August 21, 2025, which Defendant marked as confidential pursuant to the parties' protective order. (ECF No. 26.) On September 17, 2026, counsel for Defendant IBHC agreed to de-designate the confidentiality status of that document. (IBHC 000059).
14. Attached hereto as Exhibit 10 is a true and correct copy of an email between representative of InnerBalance Property Management and the Colorado Behavioral Health Administration, bearing the Bates Numbers IBHC 000059.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2026

*s/ Allison Mahoney*
*Allison Mahoney*

[1] This Bates Number appears to be mislabeled. The document falls between Bates 000172 and 000174).

## CERTIFICATE OF SERVICE

I, Hannah Simmons, do hereby certify that I have caused a true and correct copy of the foregoing to be served upon the following counsel of record, via the Court's ECF system, on October 14, 2026.

*/s/ Hannah Simmons*
Hannah Simmons