| | |
|---|---|
| **Subject:** | Re: Rohdy v. I/B, et al. - Response to Judge Jackson |
| **Date:** | Friday, September 4, 2026 at 12:05:53 PM Mountain Daylight Time |
| **From:** | Natalie R. Novak |
| **To:** | Allison Mahoney, Carlos.Rodriguez, kevin.strait, jackie |
| **CC:** | Georgina Melbye, Chelsea Weaver, David Jones, Laura Ford |
| **Attachments:** | img-514271f2-c093-4bd1-8904-5f6316668d08.png, img-89adfb0c-e7cc-42ef-9695-5ec9d0c6d37b.png |

Allison,

I made a mistake regarding that fact you have added back in. If we need to raise it with the court we can, but we cannot agree to its inclusion.



**Natalie Novak**
Associate Attorney | Sharuzi Law Group, Ltd.

slg Sharuzi Law Group Ltd.

(303) 226-0371
nnovak@sharuzilaw.com
sharuzilaw.com
555 Seventeenth Street, Suite 975, Denver, CO 80202

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.

**From:** Allison Mahoney <allison@almlawllc.com>
**Date:** Friday, September 4, 2026 at 10:19 AM
**To:** Natalie R. Novak <nnovak@sharuzilaw.com>; Carlos.Rodriguez <Carlos.Rodriguez@anzenlegal.com>; kevin.strait <kevin.strait@anzenlegal.com>; Jacqueline B. Sharuzi <jackie@sharuzilaw.com>
**Cc:** Georgina Melbye <georgina@kalamaya.law>; Chelsea Weaver <chelsea@almlawllc.com>; Nicole Hammes <nhammes@sharuzilaw.com>; David Jones <djones@sharuzilaw.com>
**Subject:** Re: Rohdy v. I/B, et al. - Response to Judge Jackson

Counsel,

Attached is the scheduling order with the undisputed fact discussed below added back in and clarified that it applies to InnerBalance Health Center, LLC — as had been clearly contemplated in the two prior orders filed with the Court.

Carlos and Kevin, can you please let us know if you have edits to the scheduling order. We cannot file this without your input. As you know, a week ago the Court instructed us to file an amended scheduling order with the new dates.

If a conferral is required, please let me know, and we can find a time early next week.

Thank you,
Allison

---

**From:** Allison Mahoney <allison@almlawllc.com>
**Date:** Tuesday, September 1, 2026 at 1:52 PM
**To:** Natalie R. Novak <nnovak@sharuzilaw.com>; Carlos.Rodriguez <Carlos.Rodriguez@anzenlegal.com>; kevin.strait <kevin.strait@anzenlegal.com>; jackie <jackie@sharuzilaw.com>
**Cc:** Georgina Melbye <georgina@kalamaya.law>; Chelsea Weaver <chelsea@almlawllc.com>; Nicole Hammes <nhammes@sharuzilaw.com>; David Jones <djones@sharuzilaw.com>
**Subject:** Re: Rohdy v. I/B, et al. - Response to Judge Jackson

Natalie,

Can you please provide clarification as to why you removed one of the undisputed facts? At the time the scheduling order was created, your clients were the only defendants. Therefore, if we need to change the term “InnerBalance" to “InnerBalance Health Center, LLC” we should do that rather than removing the entire fact, which was in the two prior versions of the scheduling order that the parties jointly filed with the court.

Thank you,
Allison

---

**From:** Natalie R. Novak <nnovak@sharuzilaw.com>
**Date:** Tuesday, September 1, 2026 at 1:32 PM
**To:** Allison Mahoney <allison@almlawllc.com>; Carlos.Rodriguez <Carlos.Rodriguez@anzenlegal.com>; kevin.strait <kevin.strait@anzenlegal.com>; jackie <jackie@sharuzilaw.com>
**Cc:** Georgina Melbye <georgina@kalamaya.law>; Chelsea Weaver <chelsea@almlawllc.com>; Nicole Hammes <nhammes@sharuzilaw.com>; David Jones <djones@sharuzilaw.com>
**Subject:** Re: Rohdy v. I/B, et al. - Response to Judge Jackson

Allison,

Attaching our edits here.



**Natalie Novak**
Associate Attorney | Sharuzi Law Group, Ltd.

Sharuzi Law Group Ltd.

(303) 226-0371
nnovak@sharuzilaw.com
sharuzilaw.com
555 Seventeenth Street, Suite 975, Denver, CO 80202

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.

---

**From:** Allison Mahoney <allison@almlawllc.com>
**Date:** Friday, August 28, 2026 at 11:00 AM
**To:** Carlos.Rodriguez <Carlos.Rodriguez@anzenlegal.com>; kevin.strait <kevin.strait@anzenlegal.com>; Natalie R. Novak <nnovak@sharuzilaw.com>; Jacqueline B. Sharuzi <jackie@sharuzilaw.com>
**Cc:** Georgina Melbye <georgina@kalamaya.law>; Chelsea Weaver <chelsea@almlawllc.com>; Nicole Hammes <nhammes@sharuzilaw.com>; David Jones <djones@sharuzilaw.com>
**Subject:** Re: Rohdy v. I/B, et al. - Response to Judge Jackson

Good morning,

Attached is a revised draft of the scheduling order. The edits are shown in track changes. Can counsel for each of the defendants let me know if you have any edits, and, if not, if I have your permission to affix your signature on a clean copy of the proposed order?

Thank you,
Allison

---

**From:** Allison Mahoney <allison@almlawllc.com>
**Date:** Tuesday, August 25, 2026 at 12:50 PM
**To:** Carlos.Rodriguez <Carlos.Rodriguez@anzenlegal.com>; kevin.strait <kevin.strait@anzenlegal.com>; Natalie R. Novak <nnovak@sharuzilaw.com>
**Cc:** Georgina Melbye <georgina@kalamaya.law>; Chelsea Weaver <chelsea@almlawllc.com>; Nicole Hammes <nhammes@sharuzilaw.com>; David Jones <djones@sharuzilaw.com>; jackie <jackie@sharuzilaw.com>
**Subject:** Re: Rohdy v. I/B, et al. - Response to Judge Jackson

Thank you, Carlos. I will let the judge know when I respond to his email about scheduling a status conference.

---

**From:** Carlos Rodriguez <Carlos.Rodriguez@anzenlegal.com>
**Date:** Tuesday, August 25, 2026 at 11:54 AM
**To:** Allison Mahoney <allison@almlawllc.com>; kevin.strait <kevin.strait@anzenlegal.com>; Natalie R. Novak <nnovak@sharuzilaw.com>
**Cc:** Georgina Melbye <georgina@kalamaya.law>; Chelsea Weaver <chelsea@almlawllc.com>; Nicole Hammes <nhammes@sharuzilaw.com>; David Jones <djones@sharuzilaw.com>; jackie <jackie@sharuzilaw.com>
**Subject:** Re: Rohdy v. I/B, et al. - Response to Judge Jackson

Good morning everyone,

We will need a new trial date so we can participate in the creation of a new scheduling order.

Thanks,


Carlos Rodriguez
ASSOCIATE ATTORNEY
(970) 893-8857
Carlos.Rodriguez@anzenlegal.com
www.anzenlegal.com


---


FEDERAL TAX ADVICE DISCLAIMER We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.


---

**From:** Allison Mahoney <allison@almlawllc.com>
**Date:** Monday, August 24, 2026 at 3:30 PM
**To:** Kevin Strait <kevin.strait@anzenlegal.com>; Carlos Rodriguez <Carlos.Rodriguez@anzenlegal.com>; Natalie R. Novak <nnovak@sharuzilaw.com>
**Cc:** Georgina Melbye <georgina@kalamaya.law>; Chelsea Weaver <chelsea@almlawllc.com>; Nicole Hammes <nhammes@sharuzilaw.com>; David Jones <djones@sharuzilaw.com>; jackie <jackie@sharuzilaw.com>
**Subject:** Rohdy v. I/B, et al. - Response to Judge Jackson

Good afternoon, everyone,

I'm writing regarding Judge Jackson's email. Kevin and Carlos, have you determined whether you would need the trial date moved given the fact that you were not involved in the creation of the current scheduling order?

If not, it seems like it would make sense to accept the Court's offer to push back the dispositive motion deadline — perhaps by a week. Please let me know your thoughts. If we did that, the prior dates could all be pushed back by a week as well.

Once we agree on how to proceed, I will respond to the Court's email.

Thank you,
Allison

Allison Mahoney, Esq.
Founder | Managing Attorney
ALM | Law
Office: (970) 315-5152
Direct: (970) 315-4550
E: allison@almlawllc.com