# Re: offer of employment

Demetrius Graves [redacted]

Wed 1/18/2023 2:08 PM

To: CATTAIL CREEK <cattail_loveland@msn.com>

[redacted]

Demetrius Andre Graves
SSN# [redacted]
DL# [redacted]
DoB: [redacted]

[redacted]

Demetrius Graves
[redacted]

---

**From:** CATTAIL CREEK <cattail_loveland@msn.com>
**Sent:** Wednesday, January 18, 2023 12:03
**To:** [redacted]
**Subject:** offer of employment

[redacted]

Dianne Novey-Residential Manager, MAA, CAS

InnerBalance Property Management - Cattail Creek Residence
2665 Abarr Drive
Loveland, Colorado 80538
970-635-2300
970-669-2512 (FAX)
cattail_loveland@msn.com



CONFIDENTIAL