**BEECHTREE DIAGNOSTICS**

12351 South Gateway Park Place Suite D-700
Draper, UT 84020
PH: 801-893-2773

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | GRAVES, DEMETRIUS | **Account:** | InnerBalance Health Center | **Date Collected:** | 01/20/2023 |
| **Patient ID #:** | [redacted] | | | **Received:** | 01/23/2023 |
| **Date of Birth:** | (26 years old) | **Requisition #:** | [redacted] | **Certified:** | 01/25/2023 |
| **Physician:** | MacDonald, Nola | **Sample #:** | | **Certified By:** | S,C |
| | | **Sample Type:** | | | |

I verify that the results of this test have been evaluated against the current treatment plan and explained to the patient. Please sign, and date below. (Also initial each line item as you review test results below.)

Patient: ______________________ Provider/MA: ______________________ Date: ________________.

**Validity Tests:**

| Test | Result | Ref. Range | Interpretation |
|---|---|---|---|
| pH | [redacted] | | |
| Urine Creatinine | | | |
| Specific Gravity Index | | | |
| True Urine LD | | | |
| Oxidant History | | | |

[redacted]

**Prescribed Medications:**

[redacted]

| Non-Reported Medications | Result | Cutoff | Unit | Interpretation | Expected | Inconsistent | Detection Window [1] |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

PLEASE NOTE: Cannabidiol testing is now reported as a positive/negative qualitative evaluation.

**Initial Screening Results:**

| Test | Result | Cutoff | Unit | Interpretation |
|---|---|---|---|---|
| Ethyl Glucuronide (EtG) - IA | [redacted] | | | |

Immunoassay testing (Analyzer) detects chemicals based upon their molecular shape. It is possible to get a 'cross-reaction' positive results for Immunoassay tests. Best practice suggest inconsistent positives are confirmed using LC/MS testing.

☐ **Detailed Results - LC/MS/MS Confirmation:** Reviewed with patient ________(Patient) ________(Doctor/MA)

| Drug | Result | Cutoff | Unit | Interpretation |
|---|---|---|---|---|
| **Alkaloids, not otherwise specified** | [redacted] | | | |
| Cotinine | | | | |
| Mitragynine | | | | |
| **Anticonvulsants** | | | | |
| Carbamazepine | [redacted] | | | |

J.E. 000107

CONFIDENTIAL

BEECHTREE DIAGNOSTICS

12351 South Gateway Park Place Suite D-700
Draper, UT 84020
PH: 801-893-2773

| | |
|---|---|
| Gabapentin | [redacted] |
| Lamotrigine | |
| Levetiracetam | |
| Oxcarbazepine | |
| Pregabalin | |
| Primidone | |
| Topiramate | |
| **Antidepressants** | |
| Amitriptyline | |
| Bupropion | |
| Citalopram | |
| Desipramine | |
| Desmethylcitalopram | |
| Desmethyldoxepin | |
| Desmethylmirtazapine | |
| Doxepin | |
| Duloxetine | |
| Fluoxetine | |
| Hydroxybupropion | |
| Imipramine | |
| mCPP | |
| Mirtazapine | |
| Norfluoxetine | |
| Nortriptyline | |
| O-Desmethylvenlafaxine | |
| Paroxetine | |
| Protriptyline | |
| Sertraline | |
| Trazodone | |
| Venlafaxine | |
| **Antipsychotics** | |
| 7-Hydroxyquetiapine | |
| 9-Hydroxyrisperidone | |
| Aripiprazole | |
| Clozapine | |
| Dehydro Aripiprazole | |
| Desmethylolanzapine | |
| Haloperidol | |
| Lurasidone | |
| Olanzapine | |
| Quetiapine | |
| Risperidone | |
| **Barbiturates** | |
| Butalbital | |
| Phenobarbital | |
| **Benzodiazepines** | |
| 7-Aminoclonazepam | |


CONFIDENTIAL
[redacted]

BEECHTREE DIAGNOSTICS

12351 South Gateway Park Place Suite D-700
Draper, UT 84020
PH: 801-893-2773

Alprazolam
Clonazepam
Diazepam
Hydroxyalprazolam
Hydroxymidazolam
Lorazepam
Midazolam
Nordiazepam
Oxazepam
Temazepam
**Cannabinoids**
Cannabidiol
THC-COOH

[redacted]

PLEASE NOTE: Cannabidiol testing is now reported as a positive/negative qualitative evaluation.

**Cough Suppressants**
Dextromethorphan
Dextrorphan
**General Anasthetic**
Ketamine
Norketamine
**Illicits**
2-oxo-3-hydroxy-LSD
6-MAM
Benzoylecgonine
LSD
MDA
MDMA
MDPV
PCP
Psilocin
Psilocybin
U-47700
**Muscle Relaxants**
Carisoprodol
Cyclobenzaprine
Desmethylcyclobenzaprine
Meprobamate
**Opioid Analgesics**
Buprenorphine
Codeine
Desmethyltapentadol
EDDP
Fentanyl
Hydrocodone
Hydromorphone
Meperidine
Methadone

[redacted]

Meperidine: [redacted] ng/ml [redacted]
Methadone: [redacted] ng/mL [redacted]

J.E. 000109

CONFIDENTIAL

BEECHTREE DIAGNOSTICS

12351 South Gateway Park Place Suite D-700
Draper, UT 84020
PH: 801-893-2773

| | |
|---|---|
| Morphine | [redacted] |
| Norbuprenorphine | |
| Norfentanyl | |
| Norhydrocodone | |
| Norhydromorphone | |
| Normeperidine | |
| Noroxycodone | |
| O-Desmethyl-cis-tramadol | |
| Oxycodone | |
| Oxymorphone | |
| Pentazocine | |
| Tapentadol | |
| Tramadol | |
| **Opioid Antagonists** | |
| 6a-Naloxol | |
| 6b-Naltrexol | |
| Naloxone | |
| Naltrexone | |
| **Sedative Hypnotics** | |
| Zolpidem | |
| Zolpidem-P4CA | |
| **Stimulants** | |
| Amphetamine | |
| Ephedrine | |
| Methamphetamine | |
| Phentermine | |
| Ritalinic Acid | |

This test and its performance characteristics were developed and determined by Beechtree Diagnostics. It has not been cleared or approved by the U.S. Food and Drug Administration.

Drug screening test results are to be used only for medical (ie, treatment) purposes. Unconfirmed screening results must not be used for non-medical purposes (eg, employment testing). A positive result by this assay should be confirmed by another nonimmunological method.

Confirmations are performed by Beechtree Diagnostics, 2351 S Gateway Park Place, Suite D-700, Draper, UT 84020 CLIA# 46D2103212



CONFIDENTIAL