INNERBALANCE HEALTH CENTER

## EMPLOYEE NEW HIRE CHECKLIST

1. W-4
2. I-9
3. Affirmation of Legal Work Status
4. Copy of Driver's License
5. Copy of Social Security Card
6. Voided Check for Direct Deposit or fill in info:

Bank Name: [redacted] Account Type: Checking/Savings (Circle One)

Routing #: [redacted] Account Number: [redacted]

7. Personal Email Address: [redacted]
8. Starting Wage Rate/Salary: [redacted]
9. Position: Overnight
10. Start Date: 01/19/23
11. Background Check
12. CBI Investigation
13. Drug Test



J.E. 000117
CONFIDENTIAL

Please read, sign, and return this page to your supervisor by 25th of January (no later than 5 working days from receipt of handbook).

I, Demetrius Graves have read the preceding employee handbook, and understand it is my responsibility to be familiar with all the terms and conditions outlined there-in. I understand that my ability to follow the handbook policies and procedures are contingent to my continued employment. As changes are made to the policy, copies will be made available to employees and any previous versions become obsolete.

Emergency Contact Person: [redacted] Phone: [redacted]

[signature] 01/23/23

Employee Date

[signature] 1/24/23

InnerBalance Health Center, LLC Representative Date





CONFIDENTIAL