## Termination of Employment

InnerBalance Property Management

2665 Abarr Drive

Loveland, Colorado 80538

October 6, 2025

Demetrius Graves

[redacted]

Subject: Termination of Employment

Dear Demetrius,

[redacted]



CONFIDENTIAL

[redacted]

Sincerely,

Joseph Eisele, Clinical director

**Signature:** ____________________

Demetrius Graves

**Signature:** ____________________



CONFIDENTIAL