IBHC TIME SHEET

# Cattail Creek

2665 Abarr Drive
Loveland, CO 80538

Pay period start date: 5/27/2024
Pay period end date: 6/9/2024

Employee: Demetrius Groves
Position: Overnight Support Staff

Special Notes

[redacted]

| Day | Date | Start Time | End Time | Sick/OT | Vac/Holiday | Total |
|---|---|---|---|---|---|---|
| Monday | [redacted] | | | | | |
| Tuesday | | | | | | |
| Wednesday | | | | | | |
| Thursday | | | | | | |
| Friday | | | | | | |
| Saturday | | | | | | |
| Sunday | | | | | | |
| Monday | | | | | | |
| Tuesday | | | | | | |
| Wednesday | | | | | | |
| Thursday | | | | | | |
| Friday | | | | | | |
| Saturday | | | | | | |
| Sunday | | | | | | |

[redacted]

| | | | |
|---|---|---|---|
| Total Sick/OT | | | [redacted] |
| Total V/H | | | |
| Total Hours | | | |

[signature] — Date: 06/09/2024
Employee signature

Dianne Novey — Date: 6/9/24
Manager signature

[redacted]

CONFIDENTIAL

IBHC TIME SHEET

# Cattail Creek

2665 Abarr Drive
Loveland, CO 80538

Pay period start date: 6/10/2024
Pay period end date: 6/23/2024

Employee: Dametrius Graves
Position: Overnight Support

Special Notes

| Day | Date | Start Time | End Time | Sick/OT | Vac/Holiday | Total |
|---|---|---|---|---|---|---|
| Monday | 6/10/2024 | [redacted] | | | | |
| Tuesday | 6/11/2024 | | | | | |
| Wednesday | 6/12/2024 | | | | | |
| Thursday | 6/13/2024 | | | | | |
| Friday | 6/14/2024 | | | | | |
| Saturday | 6/15/2024 | | | | | |
| Sunday | 6/16/2024 | | | | | |
| Monday | 6/17/2024 | | | | | |
| Tuesday | 6/18/2024 | | | | | |
| Wednesday | 6/19/2024 | | | | | |
| Thursday | 6/20/2024 | | | | | |
| Friday | 6/21/2024 | | | | | |
| Saturday | 6/22/2024 | | | | | |
| Sunday | 6/23/2024 | | | | | |
| | Total Sick/OT | | | [redacted] | | [redacted] |
| | Total V/H | | | | | |
| | Total Hours | | | | | |

Employee signature: [signature] Date: 06/24/2024

Manager signature: Dianne Nowey Date: 6/24/24

[redacted]

CONFIDENTIAL

IBHC TIME SHEET

# Cattail Creek

2665 Abarr Drive
Loveland, CO 80538

Pay period start date: 6/24/2024
Pay period end date: 7/7/2024

Employee: Demetrius Graves
Position: Overnight Support Staff

Special Notes

| Day | Date | Start Time | End Time | Sick/OT | Vac/Holiday | Total |
|---|---|---|---|---|---|---|
| Monday | 6/24/2024 | [redacted] | | | | |
| Tuesday | 6/25/2024 | | | | | |
| Wednesday | 6/26/2024 | | | | | |
| Thursday | 6/27/2024 | | | | | |
| Friday | 6/28/2024 | | | | | |
| Saturday | 6/29/2024 | | | | | |
| Sunday | 6/30/2024 | | | | | |
| Monday | 7/1/2024 | | | | | |
| Tuesday | 7/2/2024 | | | | | |
| Wednesday | 7/3/2024 | | | | | |
| Thursday | 7/4/2024 | | | | | |
| Friday | 7/5/2024 | | | | | |
| Saturday | 7/6/2024 | | | | | |
| Sunday | 7/7/2024 | | | | | |
| | Total Sick/OT | | | | | |
| | Total V/H | | | | | |
| | Total Hours | | | | | |

Employee signature: [signature] Date: 7/7/24

Manager signature: Dianne Novey Date: 7/8/24

[redacted]

[redacted]

CONFIDENTIAL

J.E. 000171

IBHC TIME SHEET

# Cattail Creek

2665 Abarr Drive
Loveland, CO 80538

Pay period start date: 7/8/2024
Pay period end date: 7/21/2024

Employee: Demetrius Graves
Position: Overnight Support

Special Notes

| Day | Date | Start Time | End Time | Sick/OT | Vac/Holiday | Total |
|---|---|---|---|---|---|---|
| Monday | 7/8/2024 | [redacted] | | | | |
| Tuesday | 7/9/2024 | [redacted] | | | | |
| Wednesday | 7/10/2024 | [redacted] | | | | |
| Thursday | 7/11/2024 | [redacted] | | | | |
| Friday | 7/12/2024 | [redacted] | | | | |
| Saturday | 7/13/2024 | [redacted] | | | | |
| Sunday | 7/14/2024 | [redacted] | | | | |
| Monday | 7/15/2024 | [redacted] | | | | |
| Tuesday | 7/16/2024 | [redacted] | | | | |
| Wednesday | 7/17/2024 | [redacted] | | | | |
| Thursday | 7/18/2024 | [redacted] | | | | |
| Friday | 7/19/2024 | [redacted] | | | | |
| Saturday | 7/20/2024 | [redacted] | | | | |
| Sunday | 7/21/2024 | [redacted] | | | | |
| | Total Sick/OT | [redacted] | | | | |
| | Total V/H | [redacted] | | | | |
| | Total Hours | [redacted] | | | | |

Employee signature — Date 07/21/24

Manager signature — Date

[redacted]

CONFIDENTIAL