Security features are included. Details on back.

WELLS FARGO BANK WEST, N.A.
23-7/1020 [redacted]

**InnerBalance Property Management**
1414 W 28th St
Loveland, CO 80538

6/28/2024

PAY TO THE ORDER OF [redacted]

[redacted] DOLLARS

[redacted]

MP

THIS DOCUMENT CONTAINS A COLORED BACKGROUND ON WHITE PAPER. MICROPRINT IS LOCATED BELOW THIS WARNING BAND.

**InnerBalance Property Management/1414 W 28th St**

[redacted]

6/28/2024 [redacted]

05/13/24 - 05/26/24 - (05/31//24 paydate)
05/27/24 - 06/09/24 - (06/14//24 paydate)
06/10/24 - 06/23/24 - (06/28//24 paydate)

Wells Fargo Checking Graves, Demetrius A. (Ref Num [redacted] [redacted]

**InnerBalance Property Management/1414 W 28th St**

[redacted]

6/28/2024 [redacted]

05/13/24 - 05/26/24 - (05/31//24 paydate)
05/27/24 - 06/09/24 - (06/14//24 paydate)
06/10/24 - 06/23/24 - (06/28//24 paydate)

Wells Fargo Checking Graves, Demetrius A. (Ref Num [redacted]

CON

J.E. 0001 [redacted]

features are included. Details on back

[redacted]

Wells Fargo Bank, N.A.
23-7/1020

**InnerBalance Health Center, LLC**
1414 W 28th St
Loveland, CO 80538-3101

7/26/2024

PAY TO THE ORDER OF [redacted] $ [redacted]

[redacted] DOLLARS

[redacted]

MEMO

[redacted]

MP

**InnerBalance Health Center, LLC**

[redacted] 07/08/24 - 07/21/24 - (07/26//24 paydate) 7/26/2024 [redacted]

Wells Fargo Checking Graves, Demetrius A. (Ref Num [redacted] [redacted]

**InnerBalance Health Center, LLC**

[redacted] 07/08/24 - 07/21/24 - (07/26//24 paydate) 7/26/2024

Wells Fargo Checking Graves, Demetrius A. (Ref Num [redacted] [redacted]

CONFIDENTIAL



30015