Gmail

Joseph Eisele <jerover@gmail.com>

## Re: CARR

1 message

**Zurn, Olivia (she/her) - BHA** <olivia.zurn@state.co.us> Thu, Aug 21, 2025 at 3:43 PM
To: CATTAIL CREEK <cattail_loveland@msn.com>
Cc: Allie Moeller <allie@innerbalancehealthcenter.com>, Joe Eisele <jerover@gmail.com>, Steven Mah - BHA <steven.mah@state.co.us>, Rochelle Galey - BHA <rochelle.galey@state.co.us>, Chelsae Ziemer - BHA <chelsae.ziemer@state.co.us>

Hi Dianne,

Thank you for the update! I am glad you were able to get your application sent in.

Best,

Olivia

On Thu, Aug 21, 2025 at 3:13 PM CATTAIL CREEK <cattail_loveland@msn.com> wrote:

> Hello. With the assistance of Allie our office manager we were able to send in the certification application this afternoon. We are waiting on a response from CARR at this time.
> Dianne Novey
> Sent from my iPhone

--

Olivia Zurn, MSW
Safety Net Licensing Manager, Behavioral Health Administration
My pronouns are she/her/hers (and here is why that matters).

COLORADO
Behavioral Health
Administration

C: (720)-527-0788
710 South Ash St. Suite C140, Denver, CO 80246
olivia.zurn@state.co.us | https://bha.colorado.gov/

BHA Values: Truth, Equity, Collaboration, Community-Informed Practice, Generational Impact