**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-04124

SADIE ROHDY

Plaintiff,

v.

INNERBALANCE HEALTH CENTER, LLC,
INNERBALANCE PROPERTY MANAGEMENT LLC,
INNERBALANCE REAL ESTATE LLC, and,
JOSEPH EISELE,

Defendants.

---

**]PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

---

**THIS MATTER** comes before the Court on Plaintiff's Motion for Leave to File Third Amended Complaint (the "Motion"). Having reviewed the Motion and being fully advised in the premises, the Court hereby grants the Motion

**IT IS HEREBY ORDERED** that Plaintiffs Motion is **GRANTED.** Plaintiffs shall file and serve the Third Amended Complaint as a separate docket entry within fourteen (14) days of this Order, in accordance with D.Colo. L. Civ. Rl. 15.1(b). Defendants shall respond within the time permitted by the Federal Rules of Civil Procedure.

DATED at _____________, Colorado, this ____ day of October, 2026.

BY THE COURT:

________________________________________
United States District Judge

**CERTIFICATE OF SERVICE**

I, Hannah Simmons, do hereby certify that I have caused a true and correct copy of the foregoing to be served upon the following counsel of record, via the Court's ECF system, on October 14, 2026.

*/s/ Hannah Simmons*
Hannah Simmons